## Huiras v. Berkey.

PRACTICE IN THE SUPREME COURT: ERRORS MUST BE ARGUED.

*Appeal from Fayette District Court.*

MONDAY, JUNE 9.

*J. W. Rogers & Son,* for appellant.

*Ainsworth & Hobson, Rickel & Clements* and *Berkey & Whitney,* for appellee.

ROTHROCK, J.—The plaintiff appealed from an order of the court below sustaining a demurrer to his petition. He has presented no argument to this court upon the errors assigned. We have repeatedly held that errors assigned, which are not dismissed, nor insisted upon in argument, will not be considered.

The judgment must, therefore, be

AFFIRMED.